NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABDUL MOHAMMED,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1543

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02262-EHM, Judge Edward H. Meyers.

---

**ON MOTION**

---

**O R D E R**

Abdul Mohammed submits a motion for leave to proceed *in forma pauperis*. In this motion, Mr. Mohammed indicates that he is currently incarcerated.

Federal Circuit Rule 24(b) provides that if the movant for *in forma pauperis* status is incarcerated, the movant must file a supplemental form for prisoners, which is Federal Circuit Form 6A. *See* Practice Note to Fed. Cir.

2                                                    MOHAMMED v. US

R. 24.  Mr. Mohammed has not submitted Form 6A within the allotted time frame.

Accordingly,

IT IS ORDERED THAT:

The appeal is dismissed, Fed. Cir. R. 52(d), and all pending motions are denied as moot.

FOR THE COURT

June 7, 2022                       /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                   Clerk of Court

ISSUED AS A MANDATE: June 7, 2022